AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MAURO C. PALACIO </br> *Plaintiff* </br> v. </br> CHARLOTTE M. LUCKSTONE </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 22cv2800 </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the **plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____

☑ **other:** Defendant's Motion to Dismiss be GRANTED and Plaintiff's Motion for Leave to File a Supplemental Pleading be DENIED. It is further ORDERED that the action be DISMISSED WITHOUT PREJUDICE.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Royce C. Lamberth _____ on a motion
to dismiss for lack of subject matter jurisdiction.

Date: **July 12, 2023**

ANGELA D. CAESAR, CLERK OF COURT

*SAMANTHA CALLOWAY*
*Signature of Clerk or Deputy Clerk*